**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE: TODD ELLIOT KOGER      :   No. 5 WM 2023

:

:

PETITION OF: TODD ELLIOT KOGER     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2023, the "Petition for Emergency Extraordinary Writ Mandamus/Prohibition" and the "Memorandum Application for Summary Relief" are DENIED.